Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

E-FILED 08/26/11
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NINA AUSTIN, INC.; et al.,<br><br>Defendants. | Case No.:  CV 10-6353 PSG (RZx)<br>*Hon. Philip S. Gutierrez Presiding*<br><br>**[PROPOSED]** ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41 ET SEQ. |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is to be dismissed with prejudice pursuant to the terms of the settlement agreement entered into by the parties;
2. Those parties are to bear their own costs and fees as incurred against one another;
3. This Court is to retain jurisdiction to enforce the terms of the settlement agreement that precipitated this dismissal.

<u>SO ORDERED</u>.

Date: __08/26/11__          By: _____
                                PHILIP S. GUTIERREZ
                                HONORABLE PHILIP S. GUTIERREZ